IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TAYLN LANG, HEIRLOOM REMEDIES, and HEIRLOOM CURIOSITIES, LLC,<br><br>                Defendants. | CV 24-33-M-DLC-KLD<br><br>ORDER |

      On November 19, 2024, Plaintiff United States filed a Motion for Entry of Default against Defendants Tayln Lang, Heirloom Remedies, and Heirloom Curiosities, LLC. (Doc. 10). Defendants waived service of the Summons and Complaint in this action, and their answer was originally due on May 20, 2024. (Doc. 5). Defendants did not file an answer by the May 20, 2024, deadline.

      On July 25, 2024, the United States advised the Court that it was working with pro se Defendant Tayln Lang in an attempt to reach a settlement, and asked the Court to reset the answer deadline to October 30, 2024. (Doc. 7). The granted the United States' motion, and ordered that Defendants file an answer on or before October 30, 2024. (Doc. 8). As of the date of this Order, Defendants have yet to file an answer or otherwise appear in the case.

1

On November 19, 2024, the United States filed a Motion for Entry of Default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, together with a supporting affidavit. (Doc. 10, 11). The record establishes that Defendants have failed to appear, plead, or otherwise defend within the time allowed, and therefore are now in default. Accordingly,

IT IS ORDERED that the United States' Motion for Entry of Default (Doc. 10) is GRANTED. The Clerk of Court is directed to enter default against Defendants Tayln Lang and Heirloom Remedies, and Heirloom Curiosities, LLC pursuant to Rule 55(a).

The Clerk of Court is directed to serve a copy of this Order on both Defendants by United States First Class Mail at the address on the Waiver of Service of Summons (Doc. 5).

DATED this 19th day of November, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge