IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TAYLIN LANG, HEIRLOOM REMEDIES, and HEIRLOOM CURIOSITIES, LLC,<br><br>　　　　　Defendants. | CV 24-33-M-DLC-KLD<br><br><br>ORDER |

　　　Plaintiff United States has filed an unopposed motion to vacate the entry of default against Defendants. (Doc 16). Accordingly, and good cause appearing,

　　　IT IS ORDERED that the default entered by the Court against Defendants on November 19, 2024 is vacated.

　　　IT IS FURTHER ORDERED that Defendants shall file a responsive pleading in this matter on or before January 13, 2025.

　　　DATED this 13th day of December, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1