UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>TAYLN LANG, HEIRLOOM REMEDIES, and HEIRLOOM CURIOSITIES, LLC,<br><br>          Defendants. | Case No. CV-24-33-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that the United States' Motion for Default Judgment (Doc. 25) is GRANTED. Default judgment is hereby entered in favor of the United States and against Defendants Tayln Lang, Heirloom Remedies, and Heirloom Curiosities, LLC, jointly and severally, in the total amount of $312,651.10. Interest shall accrue pursuant to 28 U.S.C. § 1961 until the judgment is paid in full..

Dated this 5th day of January, 2026

TYLER P. GILMAN, CLERK


By:    /s/ Hailey Jaksha
Deputy Clerk